UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBIN R. BAKER,

                    Plaintiff,

-vs-                                        Case No. 6:07-cv-1138-Orl-28KRS

COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant.
_____

## ORDER

This case is before the Court on the Complaint filed by Plaintiff seeking review of the decision of the Commissioner of the Social Security Administration ("Commissioner") (Doc. No. 1) filed July 9, 2007. The United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner be reversed and the case remanded for further proceedings.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed July 24, 2008 (Doc. No. 11) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The decision of the Commissioner is **REVERSED** and the case is **REMANDED** for further proceedings.

3.	The Clerk of the Court is directed to issue a judgment consistent with this Order and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __2 1__ day of August, 2008.

                                                              _____
                                                              JOHN ANTOON II
                                                              United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party