UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBIN R. BAKER,

                Plaintiff,

-vs-                                Case No. 6:07-cv-1138-Orl-28KRS

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
_____

## ORDER

This case is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 14) filed September 4, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 14, 2008 (Doc. No. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 14) is **GRANTED in part**.

    3.    The Commissioner of Social Security shall pay to Chadwick J. Lawrence, Esq., $3,963.22 in attorneys' fees and $376.00 in costs.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_4th\_\_ day of November, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party